IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

,                                                                          No.

         Plaintiff,                                              CONSENT TO ASSIGNMENT OR
                                                                  REQUEST FOR REASSIGNMENT.
vs.

,

         Defendant.
_____/

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 18 U.S.C. Section 636(c), the undersigned party hereby consents to have United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____                                    _____
                                                                       Signature

                                                                         Counsel for _____

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____                                    _____
                                                                          Signature

                                                                         Counsel for _____

United States District Court
For the Northern District of California

Case 3:07-cv-02683-JL     Document 2-4     Filed 05/21/2007     Page 2 of 2