1  CHARLES A. BONNER, ESQ.  SB# 85413
   A. CABRAL BONNER, ESQ. SB# 247528
2  **LAW OFFICES OF BONNER & BONNER**
   1913 BRIDGEWAY
3  SAUSALITO, CA 94965
   TEL: (415) 331-3070
4  FAX: (415) 331-2738

5  ATTORNEYS FOR PLAINTIFF
   JAMES FURGESON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FURGESON, | **Case No:   C 07-02683 JL** |
| Plaintiff, | **NOTICE TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| OAKLAND UNIFIED SCHOOL DISTRICT, KIMBERLY STATHAM, RAMON HONEA, JACQUELINE PHILLIPS and DOES 1 - 50, | |
| Defendants. | |

PLAINTIFF hereby requests that the INITIAL CASE MANAGEMENT CONFERENCE be continued from September 9, 2007 to November 14, 2007 at 10:30 AM.

Dated: August 31, 2007

LAW OFFICES OF BONNER AND BONNER


                                    /s/
                              A. CABRAL BONNER
                              Attorney for PLAINTIFF

**NOTICE TO CONTINUE CASE MANAGEMENT CONFERENCE**                                    1