DEBORAH A. COOKSEY, State Bar No. 118197
MARTIN H. KRESSE, State Bar No. 048132
DANIELLE M. HOUCK, State Bar No. 197972
MICHAEL L. SMITH, State Bar No. 217751
OAKLAND UNIFIED SCHOOL DISTRICT
1025 Second Avenue, Room 406
Oakland, CA  94606
Telephone:  (510) 879-8535
Fax:  (510) 879-1833

Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT
KIMBERLY STATHAM, and
JACQUELINE PHILLIPS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FERGUSON,<br><br>           Plaintiff,<br><br>     vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br>KIMBERLY STATHAM, RAMON HONEA,<br>JACQUELINE PHILLIPS and DOES 1 – 50,<br><br>           Defendants. | Case No. C 07-02683 JL<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS AFTER HEARING** |

Defendants Oakland Unified School District. Kimberly Statham, and Jacqueline Phillips Motion to Dismiss Plaintiff James Ferguson's Amended Complaint pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) having come on for hearing on this Court's calendar on the ____ day of October, 2007, the Parties having appeared through their respective attorneys of record, and the matter having been heard, the Court, after reviewing the papers in support of, and in opposition to, this Motion, having heard and considered the arguments of counsel and after due consideration thereof and good cause appearing therefore

HEREBY ORDERS THAT Plaintiff's Amended Complaint on file in this action and all of the Causes of Action therein alleged, be, and hereby is DISMISSED, without leave to amend as to

1  Causes of Action Nos. _____ and with 20 days leave to amend from the date of this Order as
2  to Causes of Action No. _____.
3      SO ORDERED
4      Dated: November _____, 2007

_____
JAMES LARSON, CHIEF MAGISTRATE JUDGE,
UNITED STATED DISTRICT COURT, NORTHERN
DISTRICT OF CALIFORNIA