UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES FERGUSON,                                                No. C 07 - 2683  JL

       Plaintiff,

   v.                                                                           CONSENT TO PROCEED BEFORE
                                                                                 UNITED STATES MAGISTRATE JUDGE
OAKLAND UNIFIED SCHOOL DISTRICT,
ET AL.,

       Defendants.
_____/

    In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: _____                         _____
                                                                 Signature

                                                                 Counsel for _____

                                                                 _____

CONSENT                                                         1