**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FERGUSON, | No. C 07-2683 JL |
| Plaintiff, | |
| v. | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION |
| OAKLAND UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |
| _____/ | |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Date: _____     _____

                                                                   Signature

                                                                   Counsel for _____

                                                                   _____

REQUEST                     1