UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FERGUSON,<br><br>    Plaintiff,<br><br>    v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, ET AL.,<br><br>    Defendants.<br>_____/ | No. C 07 - 2683 JL<br><br>CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE |

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment, and voluntarily waives the right to proceed before a United States District Judge. I understand that I am free to withhold consent to jurisdiction of this court and request reassignment to a district judge without adverse substantive consequences.

Date: October 16, 2007

Signature

Counsel for DEFENDANTS OAKLAND Unified School Dist., Kimberly Statham, Jacqueline Phillips

CONSENT      1