1  CHARLES A. BONNER, ESQ.  SB# 85413
   A. CABRAL BONNER, ESQ. SB# 247528
2  **LAW OFFICES OF BONNER & BONNER**
   1913 BRIDGEWAY
3  SAUSALITO, CA 94965
   TEL: (415) 331-3070
4  FAX: (415) 331-2738

5  ATTORNEYS FOR PLAINTIFF
   JAMES FERGUSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES FURGESON, | Case No:   C 07-02683 JL |
|---|---|
| Plaintiff, | **ATTORNEY DECLARATION IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** |
| v. | |
| OAKLAND UNIFIED SCHOOL DISTRICT, KIMBERLY STATHAM, RAMON HONEA, JACQUELINE PHILLIPS and DOES 1 - 50, | |
| Defendants. | Hearing Date: November 14, 2007
Hearing Time: 9:30 a.m.
Place: Courtroom F, 15th Floor |

I, A. CABRAL BONNER, state:

1. I am an attorney duly licensed to practice law before all courts in the State of California, including this United States District Court for the Northern District of California.

2. My business address is 1913 Bridgeway, Sausalito, CA 94965.

3. I am one of the attorneys of record for Plaintiff in this within action.

4. I have personal knowledge of the matters set forth herein, except those stated on information and belief.  If called as a witness I could competently testify thereto.

**ATTORNEY DECLARATION  IN  SUPPORT OF
PLAINTIFF'S OPPOSITION TO 12(B)(6) MOTION**                                                                        1

All exhibits attached hereto are true and correct originals or true and correct copies of originals.

Exhibit 1: Mr. Ferguson's Claim Against OUSD - May 21, 2007

Exhibit 2: OUSD Letter Rejecting Mr. Ferguson's Claim - June 15, 2007

Exhibit 3: EEOC and Department Of Education Complaint - 2006

Exhibit 4: EEOC Right-to-Sue Letter - February 21, 2007

Exhibit 5: OUSD Letter To Mr. Ferguson Placing Him On Administrative Leave - March 13, 2006

Exhibit 6: California Department Of Education ("CDE") Website Page, "Role & Responsibilities"

Exhibit 7: OUSD/OEA Collective Bargaining Agreements (1999-2002 & 2005-08[signed by Defendant Statham])(relevant portions)

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on this 25th day of October, 2007 in Sausalito, California.

DATED: OCTOBER 25, 2007

                                             /s/
                                    A. CABRAL BONNER
                                    Attorney for Plaintiff