1  CHARLES A. BONNER, ESQ. SB# 85413
   A. CABRAL BONNER, ESQ. SB# 247528
2  **LAW OFFICES OF BONNER & BONNER**
   1913 BRIDGEWAY
3  SAUSALITO, CA 94965
   TEL: (415) 331-3070
4  FAX: (415) 331-2738

5  ATTORNEYS FOR PLAINTIFF
   JAMES FERGUSON

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| JAMES FURGESON, | **Case No: C 07-02683 JL** |
|---|---|
| Plaintiff, | **JAMES FERGUSON DECLARATION IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)** |
| v. | |
| OAKLAND UNIFIED SCHOOL DISTRICT, KIMBERLY STATHAM, RAMON HONEA, JACQUELINE PHILLIPS and DOES 1 - 50, | |
| Defendants. | Hearing Date: November 14, 2007<br>Hearing Time: 9:30 a.m.<br>Place: Courtroom F, 15th Floor |

I, JAMES FERGUSON, state:

1. I was born on January 24, 1953.

2. My California driver's license number is A0943618.

3. I live at 7880 Sanford Street in Oakland, California.

4. I have been employed as a teacher with the Oakland Unified School District ("OUSD") since 1992.

5. During the 2005-06 school year, I served as a physical education teacher at

1. Havenscourt Middle School.

6. For a period of over seven years, between 2000-07, I have sought relief by filing grievances, attending meetings, and attempting mediation in attempts to resolve and mitigate my damages resulting from the discriminatory and retaliatory actions of OUSD and several OUSD employees.

7. As of today, October 25, 2007, OUSD has yet to resolve some of the above-mentioned grievances, or to complete investigations related to these grievances.

8. My attempts to secure relief through the prescribed administrative remedies were futile and I was frustrated throughout my attempts to have these matters adjudicated through the various administrative processes.

9. OUSD has engaged merely in surface bargaining which only acted to delay and stretch out the grievance resolution process without offering any specific, meaningful, or acceptable solutions, other than involuntary transfers forced upon me by OUSD.

10. Based on my understanding and experience, every teacher employed by OUSD is required to sign a contract with OUSD. I signed three: first as a temporary (sub) teacher; then as a long term temp (sub) teacher; and finally as a full time teacher.

11. Outside of the Collective Bargaining Agreement and employment contract with OUSD, OUSD made various oral representations: that I would be treated in a fair and reasonable manner; that I would not be discriminated against on the basis of my race; and that I would not be retaliated against for speaking up on behalf of myself or other employees.

12. Based on information and belief, officials from OUSD spoke to and/or wrote to other OUSD employees and other people about allegations that I struck a student's head against a wall and used hate speech. These allegations are untrue, and OUSD officials made these statements to other people knowing the allegations were untrue, or with disregard to their truthfulness.

13. I have personal knowledge of the matters set forth herein, except those stated on information and belief. If called as a witness I could competently testify thereto.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on this 25th day of October, 2007 in Sausalito, California.

DATED: OCTOBER 25, 2007


JAMES FERGUSON – Plaintiff