UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES FERGUSON

    Plaintiff(s),                              No. 07-02683 JL

  v.                                            NOTICE OF CONTINUANCE

OAKLAND UNIFIED SCHOOL DISTRICT

    Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on motion to dismiss and case management conference on November 14, 2007 has been continued to January 9, 2008 @ 9:30 a.m. in Courtroom F before Magistrate Judge James Larson.

Dated: November 2, 2007

_____
Wings Hom, Courtroom Deputy to
U.S. Magistrate Judge James Larson

Hearing.Not                                         1