```
DEBORAH A. COOKSEY, State Bar No. 118197
MARTIN H. KRESSE, State Bar No. 048132
MICHAEL L. SMITH, State Bar No. 217751
OAKLAND UNIFIED SCHOOL DISTRICT
1025 Second Avenue, Room 406
Oakland, CA 94606
Telephone: (510) 879-8535
Fax: (510) 879-1833

Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT,
 JACQUELINE PHILLIPS
and KIMBERLY STATHAM
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FERGUSON,<br><br>    Plaintiff,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, KIMBERLY STATHAM, RAMON HONEA, JACQUELINE PHILLIPS and DOES 1 – 50,<br><br>    Defendants. | Case No. C 07-02683 JL<br><br>**DEFENDANTS OAKLAND UNIFIED SCHOOL DISTRICT, JACQUELINE PHILLIPS and KIMBERLY STATHAM'S SEPARATE CASE MANAGEMENT STATEMENT**<br><br>Date:  1/09/08<br>Time:  9:30 AM<br>Place: Courtroom F<br>Judge: Honorable James Larson |

SEPARATE CASE MANAGEMENT STATEMENT OF DEFENDANTS OAKLAND UNIFIED SCHOOL DISTRICT, JACQUELINE PHILLIPS and KIMBERLY STATHAM

**1. Jurisdiction and Service:** Defendants believe that one named Defendant, Ramon Honea, has not been served. Jurisdiction, other than for the reasons set forth in the pending FRCP Rule 12(b)(6) motion, appears appropriate.

**2. Facts:** Plaintiff is a former teacher with Defendant Oakland Unified School District who was terminated as a result of his battery upon a student. He has pending proceedings in the Department of Labor, Workers' Compensation, and the Commission of Competence.

---

DEFENDANTS' Case Management Statement    1    C 07-02683 JL

**3. Legal Issues:** The matter has been briefed for a FRCP Rule 12(b)(6) Motion to be heard the same day as this CMC. Defendants believe that the legal issues are set forth therein.

**4. Motions**: A FRCP Rule 12(b)(6) motion is set to be heard January 9, 2008.

**5. Amendment of Pleadings**: Defendants expect that the First Amended Complaint is not the last Amended Complaint in this matter.

**6. Evidence Preservation**: Defendants do not believe that any evidence has been destroyed by them, or will be during the pendancy of this Action.

**7. Disclosures**: There haS been no disclosers to date.

**8. Discovery**: Defendants believe that it is premature to do a discovery plan given that there is a FRCP Rule 12(b)(6) motion pending.

**9. Class Actions**: N/A.

**10. Related Cases**: N/A.

**11. Relief**: Plaintiff should address this category.

**12. Settlement and ADR**: FRCP Rule 12(b)(6) motion pending.

**13. Consent to Magistrate Judge For All Purposes**: Stipulation on file.

**15. Narrowing of Issues**: FRCP Rule 12(b)(6) motion pending.

**16. Expedited Schedule**: Unclear given FRCP Rule 12(b)(6) motion pending.

**17. Scheduling**: Unclear given FRCP Rule 12(b)(6) motion pending.

**18. Trial**: Unclear given FRCP Rule 12(b)(6) motion pending.

**19. Disclosure of Non-party Interested Entities or Persons**: N/A Unclear given FRCP Rule 12(b)(6) motion pending.

**20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this matter. N/A** given FRCP Rule 12(b)(6) motion pending.

1 | Date: January 2, 2008          By: _____
                                        Martin H. Kresse
2 |                                     Attorney for Defendants
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26