CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER & BONNER**
1913 BRIDGEWAY
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738

ATTORNEYS FOR PLAINTIFF
JAMES FERGUSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FURGESON,<br><br>　　　　Plaintiff,<br>　　v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, KIMBERLY STATHAM, RAMON HONEA, JACQUELINE PHILLIPS and DOES 1 - 50,<br><br>　　　　Defendants.<br>_____ / | Case No:   C 07-02683 JL<br>**PLAINTIFF JAMES FURGESON'S SEPARATE CASE MANAGEMENT STATEMENT**<br><br>Date: 1/09/2008<br>Time: 9:30 AM<br>Place: Courtroom F<br>Judge: Honorable James Larson |

SEPARATE CASE MANAGEMENT STATEMENT OF PLAINTIFF JAMES FERGUSON

　　1.　　**JURISDICTION AND SERVICE:** Plaintiff has yet to serve the complaint on defendant Ramon Honea.  Plaintiff will do so after the hearing on the pending FRCP Rule 12(b)(6) motion.  Jurisdiction is appropriate based on a federal question.

　　2.　　**FACTS:** Plaintiff is a teacher with Defendants Oakland Unified School District.  For the past seven years (back to 2000) Plaintiff has sought and exhausted his administrative remedies for Defendants' discriminatory and illegal conduct.   Plaintiff spoke out and attempted to call attention to financial and constitutional violations by OUSD administrators and employees.  As a result of engaging in these protected activities, Plaintiff became a target for repeated acts of retaliation ultimately resulting in his being placed on administrative leave for an unfounded

allegations that he battered a student.  The allegations were never properly investigated and the District destroyed Plaintiff's career based on the conflicting representations of a few students.  This ultimate act, like the many others described in the complaint were taken by the district in a effort to silence, once and for all, the outspoken plaintiff.

3. **LEGAL ISSUES:** The matter has been briefed for a FRCP Rule 12(b)(6) Motion to be heard the same day as this CMC.  Plaintiff believes that the legal issues are set forth therein.

4. **MOTIONS**: A FRCP Rule 12(b)(6) Motion is set to be heard January 9, 2008.

5. **AMENDMENTS OF PLEADINGS:** Plaintiff believes the Amended Complaint is sufficient but is ready to amend if the Court deems otherwise.

6. **EVIDENCE PRESERVATION:** Plaintiff does not believe that any evidence has been destroyed by Plaintiff, nor will be during the pendency of this action.

7. **DISCLOSURES:** There have been no disclosures to date.

8. **DISCOVERY:** Plaintiff has not formulated a discovery plan given the pending FRCP Rule 12(b)(6) Motion.

9. **CLASS ACTION:** N/A

10. **RELATED CASES:** N/A

11. **RELIEF:** Plaintiff seeks compensation for economic and non-economic damages ;including but not limited to: full reinstatement with back-pay; the removal of all references to the unfounded allegations of battery; compensation for the mental and emotional distress suffered by Plaintiff as a result of Defendants actions; and an official apology.

12. **SETTLEMENT AND ADR:** The parties have not engaged in discussions on ADR because of the pending FRCP Rule 12(b)(6) Motion.  However, Plaintiff is fully willing to participate in Mediation at the correct time.

13. **CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES:** Stipulation on file.

14. **NARROWING OF ISSUES:** N/A pending FRCP Rule 12(b)(6) Motion.

15. **EXPEDITED SCHEDULE:** N/A pending FRCP Rule 12(b)(6) Motion.

16. **SCHEDULING:** N/A pending FRCP Rule 12(b)(6) Motion.

17.    **TRIAL:** N/A pending FRCP Rule 12(b)(6) Motion.

18.    **DISCLOURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS:**

19.    **SUCH OTHER MATTERS AS MAY FACILITATE THE JUST SPEEDY AND INEXPENSIVE DISPOSTION OF THIS MATTER:** N/A pending FRCP Rule 12(b)(6) Motion.

DATED: JANUARY 4, 2008                     RESPECTFULLY SUBMITTED
                                           LAW OFFICER OF BONNER & BONNER


                                           By: /s/ A. CABRAL  BONNER
                                           Attorney for Plaintiff

PLAINTIFF JAMES FURGESON'S SEPARATE CASE MANAGEMENT STATEMENT                3