<u>**CIVIL MINUTES**</u>

**Chief Magistrate Judge James Larson**          Jim Yeomans - Court Reporter
                                                 9:28-9:32 (4 mins)

Date: **January 9 , 2008**

Case No: **C07-2683 JL**

Case Name:  **James Ferguson v. Oakland Unified School District, et al**
Plaintiff  Attorney(s): A. Catherine Lagarde for Charles Bonner
Defendant Attorney(s):Martin Kresse
Deputy Clerk:  **Wings Hom**

| **Motions** | **RULING:** |
|---|---|
| 1. Deft's mo to dismiss | Granted, in part |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ X]Case Management Conference- held  [ ] Status Conference  [] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 3-12-08 @ 10:30 a.m. for fur CMC

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at  , set for  days.
        [ ] Jury  [ ]  Court


Notes: Court to issue order dismissing some claims w/o prejudice and w/ leave to amend




cc: Venice, Kathleen,