```
1   DEBORAH A. COOKSEY, State Bar No. 118197
    MARTIN H. KRESSE, State Bar No. 048132
2   MICHAEL L. SMITH, State Bar No. 217751
    OAKLAND UNIFIED SCHOOL DISTRICT
3   1025 Second Avenue, Room 406
    Oakland, CA  94606
4   Telephone:  (510) 879-8535
    Fax:  (510) 879-1833
5
    Attorneys for Defendants
6   OAKLAND UNIFIED SCHOOL DISTRICT,
    JACQUELINE PHILLIPS
7   and KIMBERLY STATHAM
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FERGUSON,<br><br>    Plaintiff,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, KIMBERLY STATHAM, RAMON HONEA, JACQUELINE PHILLIPS and DOES 1 – 50,<br><br>    Defendants. | Case No. C 07-02683 JL<br><br>**DEFENDANTS OAKLAND UNIFIED SCHOOL DISTRICT, JACQUELINE PHILLIPS and KIMBERLY STATHAM'S SEPARATE CASE MANAGEMENT STATEMENT**<br><br>Date:  3/12/08<br>Time:  10:30 AM<br>Place: Courtroom F<br>Judge: Honorable James Larson |

**1.    JURISDICTION AND SERVICE**: Defendants believe that one named Defendant, Ramon Honea, has not been served.  Jurisdiction, other than for the reasons set forth in the pending FRCP Rule 12(b)(6) motion, appears appropriate.

**2.    FACTS**:    Plaintiff is a former teacher with Defendant Oakland Unified School District who was terminated as a result of his battery upon a student.  He has pending proceedings in the Department of Labor, Workers' Compensation, and the Commission of Competence.

**3.    LEGAL ISSUES:**    The Court granted in part and denied in part Defendants FRCP Rule 12(b)(6) Motion. Plaintiff's counsel has informed Defendants' counsel that a second amended complaint will be filed.  Until that complaint is filed it is unclear what the claims may be.

**4.    MOTIONS**:    Defendants anticipate that they will file a FRCP Rule 12(b)(6) motion in response to an amended complaint

**5.    AMENDMENT OF PLEADINGS**:    Defendants expect that a Second Amended Complaint will be filed.

**6.    EVIDENCE PRESERVATION**:    Defendants do not believe that any evidence has been destroyed by them, or will be during the pendancy of this Action.

**7. DISCLOSURES**:    There have been no disclosers to date.

**8.    DISCOVERY**:    Defendants believe that it is premature to do a discovery plan given that there may be a FRCP Rule 12(b)(6) motion as to the Second Amended Complaint which is not on file at this point.

**9.    CLASS ACTIONS**:  N/A.

**10.    RELATED CASES**:  N/A.

**11.    RELIEF**:    Plaintiff should address this category.

**12.   SETTLEMENT AND ADR**:   Until a Second Amended Complaint is filed and evaluated it is not possible to fully address this category.

**13.   CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**:   Stipulation on file.

**15.   NARROWING OF ISSUES**:   Awaiting the filing of a Second Amended Complaint.

**16.   EXPEDITED SCHEDULE**:   Unclear - awaiting the filing of a Second Amended Complaint.

**17.   SCHEDULING**:   Unclear - Awaiting the filing of a Second Amended Complaint

**18.    TRIAL**:   Unclear - Awaiting the filing of a Second Amended Complaint.

**19.   DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**:
   N/A

**20.   SUCH OTHER MATTERS AS MAY FACILITATE THE JUST, SPEEDY AND INEXPENSIVE DISPOSITION OF THIS MATTER.  None**

Date: February 27, 2008                             Martin H. Kresse
                                                                    Attorney for Defendants
                                                        OAKLAND UNIFIED SCHOOL DISTRICT,
                                                        JACQUELINE PHILLIPS AND KIMBERLY
                                                        STATHAM

DEFENDANTS' Case Management Statement    3                    C 07-02683 JL