```
CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
```
**LAW OFFICES OF BONNER & BONNER**
1913 BRIDGEWAY
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738

ATTORNEYS FOR PLAINTIFF
JAMES FERGUSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FURGESON,<br><br>    Plaintiff,<br>  v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, KIMBERLY STATHAM, RAMON HONEA, JACQUELINE PHILLIPS and DOES 1 - 50,<br><br>    Defendants.<br>_____ / | **Case No:   C 07-02683 JL**<br>**PLAINTIFF JAMES FURGESON'S SEPARATE CASE MANAGEMENT STATEMENT**<br><br>Date: 3/12/2008<br>Time: 10:30 AM<br>Place: Courtroom F<br>Judge: Honorable James Larson |

SEPARATE CASE MANAGEMENT STATEMENT OF PLAINTIFF JAMES FERGUSON

    1.    **JURISDICTION AND SERVICE:** Plaintiff has yet to serve the complaint on defendant Ramon Honea. Plaintiff will do so prior to the March 12, 2008 case management conference .

    2.    **FACTS:** Plaintiff is a teacher with Defendants Oakland Unified School District. For the past seven years (back to 2000) Plaintiff has sought and exhausted his administrative remedies for Defendants' discriminatory and illegal conduct. Plaintiff spoke out and attempted to call attention to financial and constitutional violations by OUSD administrators and employees. As a result of engaging in these protected activities, Plaintiff became a target for repeated acts of retaliation ultimately resulting in his being placed on administrative leave for an unfounded

allegations that he battered a student. The allegations were never properly investigated and the District destroyed Plaintiff's career based on the conflicting representations of a few students. This ultimate act, like the many others described in the complaint were taken by the district in a effort to silence, once and for all, the outspoken plaintiff.

3. **LEGAL ISSUES:** Following the ruling on the 12(b)(6) motion, plaintiff has decided not to amend his complaint, but rather to go forward with the remaining causes of action.

4. **MOTIONS**: No motions are pending at this time.

5. **AMENDMENTS OF PLEADINGS:** Plaintiff will not amend their pleadings at this time.

6. **EVIDENCE PRESERVATION:** Plaintiff does not believe that any evidence has been destroyed by Plaintiff, nor will be during the pendency of this action.

7. **DISCLOSURES:** There have been no disclosures to date.

8. **DISCOVERY:** Plaintiff has not formulated a discovery plan, however, after initially informing Defendants' counsel that Plaintiff would be amending his complaint, Plaintiff has communicated to Defendants' counsel that he will not be amending the complaint.

9. **CLASS ACTION:** N/A

10. **RELATED CASES:** N/A

11. **RELIEF:** Plaintiff seeks compensation for economic and non-economic damages ;including but not limited to: full reinstatement with back-pay; the removal of all references to the unfounded allegations of battery; compensation for the mental and emotional distress suffered by Plaintiff as a result of Defendants actions; and an official apology.

12. **SETTLEMENT AND ADR:** Plaintiff is fully willing to participate in Mediation.

13. **CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES:** Stipulation on file.

14. **NARROWING OF ISSUES:** The ruling on the Rule 12(b)(6) motion narrowed the issues.

15. **EXPEDITED SCHEDULE:** No request of expedited schedule at this time.

16. **SCHEDULING:** Plaintiff counsel has not met and conferred with Defendants'

1 counsel on scheduling.

2     17.    **TRIAL:** No trial date has been set yet.

3     18.    **DISCLOURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS:**

4     19.    **SUCH OTHER MATTERS AS MAY FACILITATE THE JUST SPEEDY AND**
5 **INEXPENSIVE DISPOSTION OF THIS MATTER:**

6 DATED: MARCH 5, 2008        RESPECTFULLY SUBMITTED
                                            LAW OFFICER OF BONNER & BONNER

8

9                                             By: /s/ A. CABRAL  BONNER
                                            Attorney for Plaintiff