1 | DEBORAH A. COOKSEY, State Bar No. 118197
MARTIN H. KRESSE, State Bar No. 048132
2 | MICHAEL L. SMITH, State Bar No. 217751
OAKLAND UNIFIED SCHOOL DISTRICT
3 | 1025 Second Avenue, Room 406
Oakland, CA  94606
4 | Telephone:  (510) 879-8535
Fax:  (510) 879-1833

5

Attorneys for Defendants
6 | OAKLAND UNIFIED SCHOOL DISTRICT
KIMBERLY STATHAM, and
7 | JACQUELINE PHILLIPS

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

| JAMES FERGUSON, | Case No. C 07-02683 JL |
|---|---|
| Plaintiff, | **DEFENDANTS OUSD, STATHAM AND PHILLIPS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| OAKLAND UNIFIED SCHOOL DISTRICT, KIMBERLY STATHAM, RAMON HONEA, JACQUELINE PHILLIPS and DOES 1 – 50, | [JURY TRIAL DEMANDED] |
| Defendants. | |

        COME NOW Defendants Oakland Unified School District ("OUSD"), Kimberly Statham and

Jacqueline Phillips ("Defendants"), and answer Plaintiff's First Amended Complaint ("FAC"), as

modified by the Court's January 25, 2008 Order Granting in Part Defendants' Motion to Dismiss

Amended Complaint, as follows:

        1.      As to paragraph 1, without admitting the applicability of same, Defendants admit that

Plaintiff brings this action pursuant to various constitutional, statutory and common law assertions.

        2.      As to paragraph 2, Defendants deny all material allegations contained in said

paragraph.

---

DEFENDANTS OUSD, STATHAM AND PHILLIPS'
ANSWER TO PLAINTIFF'S FIRST AMENDED          1                                    C 07-02683 JL
COMPLAINT

1    3.    As to paragraph 3, Defendants admit that the Court generally has jurisdiction over

2    actions falling under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e et

3    seq., the First, Fourth, Fifth and Fourteenth Amendments, and 28 U.S.C. § 1331, but are without

4    sufficient knowledge or information to form a belief as to the truth of the allegations that the Court

5    has jurisdiction over all acts alleged in the FAC, and on that basis denies the remaining material

6    allegations of the paragraph.

7    4.    As to paragraph 4, Defendants admit the OUSD employs more than 15 persons, but

8    otherwise deny the remaining allegations of this paragraph.

9    5.    As to paragraph 5, Defendants admit that the OUSD is a school district established

10    and operating under California law, but otherwise deny the remaining allegations of this paragraph.

11    6.    As to paragraph 6, Defendants admit that Plaintiff was a teacher previously

12    employed by Oakland Unified School District, but are without sufficient knowledge or information to

13    form a belief as to the truth of the remaining material allegations, and on that basis deny the

14    remaining material allegations of this paragraph.

15    7.    As to paragraph 7, Defendants admit that OUSD is a quasi-municipal corporation,

16    and admits the remaining material allegations of this paragraph.

17    8.    As to paragraph 8, Defendants admit that Kimberly Statham is a former State

18    Administrator of Oakland Unified School District, and admits the remaining allegations of this

19    paragraph.

20    9.    As to paragraph 9, Defendants allege that because the initial part of this paragraph

21    calls for a legal conclusion, they deny this paragraph, but admit that while Kimberly Statham was

22    acting as the State Administrator of OUSD she was acting within the course and scope of her

23    employment.

24    10.    As to paragraph 10, Defendants admit that Ramon Honea was an Assistant Principal

25    of Havenscourt Middle School, but deny the remaining material allegations of this paragraph as

26    they call for a legal conclusion.

1    11.    As to paragraph 11, Defendants admit that Jacqueline Phillips was a Principal of

2    Havenscourt Middle School, but deny the remaining material allegations of this paragraph as they

3    call for a legal conclusion.

4    12.    As to paragraph 12, Defendants deny the material allegations of this paragraph as

5    they call for a legal conclusion.

6    13.    As to paragraph 13, Defendants admit that OUSD rejected Plaintiff's claim on June

7    15, 2007, but are without sufficient knowledge or information to form a belief as to the truth of the

8    remaining material allegations, and on that basis deny the remaining material allegations of this

9    paragraph.

10    14.    As to paragraph 14, Defendants deny all material allegations contained in said

11    paragraph.

12    15.    As to paragraph 15, Defendants admit all material allegations contained in said

13    paragraph.

14    16.    As to paragraph 16, Defendants admit the allegations of the first two sentences, and

15    as to the third sentence admit that Joslin Johnson was the principal of King Estates for the

16    1998/1999 and 1999/2000 school years, having became principal there in 1998.

17    17.    As to paragraph 17, Defendants are without sufficient knowledge or information to

18    form a belief as to the truth of the material allegations, and on that basis deny the material

19    allegations of this paragraph.

20    18.    As to paragraph 18, Defendants are without sufficient knowledge or information to

21    form a belief as to the truth of the material allegations, and on that basis deny the material

22    allegations of this paragraph..

23    19.    As to paragraph 19, Defendants are without sufficient knowledge or information to

24    form a belief as to the truth of the material allegations, and on that basis deny the material

25    allegations of this paragraph.

26

1    20.    As to paragraph 20, Defendants admit that King Estates Middle School was

2    designated an Immediate Intervention/Underperforming Schools Program ("II/USP") school for the

3    2000/2001 school year, and admit that the II/USP designation was intended to attempt to meet the

4    goals of said designation, as to the remaining allegations of this paragraph Defendants are without

5    sufficient knowledge or information to form a belief as to the truth of the remaining material

6    allegations, and on that basis deny the remaining material allegations of this paragraph.

7    21.    As to paragraph 21, Defendants are without sufficient knowledge or information to

8    form a belief as to the truth of the material allegations, and on that basis deny the material

9    allegations of this paragraph.

10    22.    As to paragraph 22, Defendants are without sufficient knowledge or information to

11    form a belief as to the truth of the material allegations, and on that basis deny the material

12    allegations of this paragraph.

13    23.    As to paragraph 23, Defendants are without sufficient knowledge or information to

14    form a belief as to the truth of the material allegations set forth from the beginning of the paragraph

15    to the word "science" at page 5, line 23, and on that basis deny the material allegations of this

16    paragraph, and deny the remaining material allegations of this paragraph.

17    24.    As to paragraph 24, Defendants are without sufficient knowledge or information to

18    form a belief as to the truth of the material allegations, and on that basis deny the material

19    allegations of this paragraph.

20    25.    As to paragraph 25, Defendants are without sufficient knowledge or information to

21    form a belief as to the truth of the material allegations, and on that basis deny the material

22    allegations of this paragraph.

23    26.    As to paragraph 26, Defendants are without sufficient knowledge or information to

24    form a belief as to the truth of the material allegations, and on that basis deny the material

25    allegations of this paragraph.

26

1    27.    As to paragraph 27, Defendants admit that in August 2000 Plaintiff was assigned to
2    Castlemont High School to teach Social Studies, Defendants are without sufficient knowledge or
3    information to form a belief as to the truth of the remaining material allegations, on that basis deny
4    the remaining material allegations of this paragraph.

5    28.    As to paragraph 28, Defendants are without sufficient knowledge or information to
6    form a belief as to the truth of the material allegations, and on that basis deny the material
7    allegations of this paragraph.

8    29.    As to paragraph 29, Defendants are without sufficient knowledge or information to
9    form a belief as to the truth of the material allegations, and on that basis deny the material
10   allegations of this paragraph.

11   30.    As to paragraph 30, Defendants are without sufficient knowledge or information to
12   form a belief as to the truth of the material allegations, and on that basis deny the material
13   allegations of this paragraph.

14   31.    As to paragraph 31, Defendants are without sufficient knowledge or information to
15   form a belief as to the truth of the material allegations, and on that basis deny the material
16   allegations of this paragraph.

17   32.    As to paragraph 32, Defendants are without sufficient knowledge or information to
18   form a belief as to the truth of the material allegations, and on that basis deny the material
19   allegations of this paragraph.

20   33.    As to paragraph 33, Defendants are without sufficient knowledge or information to
21   form a belief as to the truth of the material allegations, and on that basis deny the material
22   allegations of this paragraph.

23   34.    As to paragraph 34, Defendants are without sufficient knowledge or information to
24   form a belief as to the truth of the material allegations, and on that basis deny the material
25   allegations of this paragraph.

26

35.    As to paragraph 35, Defendants are without sufficient knowledge or information to form a belief as to the truth of the material allegations, and on that basis deny the material allegations of this paragraph.

36.    As to paragraph 36, Defendants deny the material allegations of this paragraph.

37.    As to paragraph 37, Defendants admit the material allegations of this paragraph.

38.    As to paragraph 38, Defendants deny the material allegations of this paragraph, except for the final sentence of this paragraph, as to which Defendants admit that a notice of anticipated consolidation of position was issued to Plaintiff in December 2002.

39.    As to paragraph 39, Defendants are without sufficient knowledge or information to form a belief as to the truth of the material allegations, and on that basis deny the material allegations of this paragraph.

40.    As to paragraph 40, Defendants are without sufficient knowledge or information to form a belief as to the truth of the material allegations set forth in the first sentence thereto, and on that basis deny the material allegations of the first sentence of this paragraph, and as to the remaining material allegations of this paragraph, Defendants deny said remaining material allegations.

41.    As to paragraph 41, Defendants are without sufficient knowledge or information to form a belief as to the truth of the material allegations, and on that basis deny the material allegations of this paragraph.

42.    As to paragraphs 42, Defendants admit that OUSD issued Plaintiff a letter in June 2003 reassigning him to teach P.E. at Cole School for the 2003/2004 school year, and deny the remaining material allegations of this paragraph.

43.    As to paragraph 43, Defendants are without sufficient knowledge or information to form a belief as to the truth of the material allegations, and on that basis deny the material allegations of this paragraph.

44.    As to paragraph 44, Defendants admit the material allegations of this paragraph.

1    45.    As to paragraph 45, Defendants deny the material allegations of this paragraph.

2    46.    As to paragraph 46, Defendants are without sufficient knowledge or information to

3    form a belief as to the truth of the material allegations, and on that basis deny the material

4    allegations of this paragraph.

5    47.    As to paragraph 47, Defendants admit the first sentence thereof and deny the

6    remainder of this paragraph.

7    48.    As to paragraph 48, Defendants deny the material allegations of this paragraph.

8    49.    As to paragraph 49, Defendants are without sufficient knowledge or information to

9    form a belief as to the truth of the material allegations, and on that basis deny the material

10    allegations of this paragraph.

11    50.    As to paragraph 50, Defendants admit the allegations of the first three sentences

12    thereof and Defendants are without sufficient knowledge or information to form a belief as to the

13    truth of the remainder of the material allegations, and on that basis deny the remaining material

14    allegations of this paragraph.

15    51.    As to paragraph 51, Defendants admit the allegations of the first sentence thereof

16    and deny the remainder of the allegations of this paragraph insofar as they conflict with the actual

17    written statements as alleged.

18    52.    As to paragraph 52, Defendants deny the material allegations of this paragraph.

19    53.    As to paragraph 53, Defendants deny the material allegations of this paragraph.

20    54.    As to paragraph 54, Defendants admit that Plaintiff was placed on administrative

21    leave as a result of his hitting a student in March of 2006, and deny the remainder of the material

22    allegations of this paragraph.

23    55.    As to paragraph 55, Defendants deny the material allegations of this paragraph.

24    56.    As to paragraph 56, Defendants deny the material allegations of this paragraph.

25    57.    As to paragraph 57, Defendants admit the first sentence thereof and as to the

26    remaining material allegations Defendants are without sufficient knowledge or information to form a

1  belief as to the truth of the remaining material allegations as the allegations are vague and

2  ambiguous, and on that basis deny the remaining material allegations of this paragraph.

3      58.    As to paragraph 58, Defendants admit the first sentence thereof and deny the

4  remainder of the material allegations of this paragraph.

5      59.    As to paragraph 59, Defendants admit the first sentence thereof, admit that Plaintiff

6  was charged with, among other things, hate speech, deny those material allegations as to the

7  written document insofar as the same are not consistent with the Statement of Charges, and deny

8  the remainder of the material allegations of this paragraph.

9      60.    As to paragraph 60, Defendants allege that Plaintiff was placed on paid leave status

10  as a result of a Writ proceeding on the basis that Plaintiff's charge had not come to hearing within a

11  proscribed period, and deny the remainder of the allegations of this paragraph insofar as the same

12  conflict with this admission.

13      61.    As to paragraph 61, Defendants deny the material allegations of this paragraph.

14      62.    As to paragraph 62, Defendants incorporate the foregoing responses to said

15  allegations as if fully set forth herein.

16      63.    As to paragraph 63, Defendants admit the material allegations of this paragraph.

17      64.    As to paragraph 64, Defendants admit that OUSD is an employer within the meaning

18  of Title VII and FEHA, but deny that the individual defendants are also employers under said

19  statutes.

20      65.    As to paragraph 65, Defendants deny the material allegations of this paragraph.

21      66.    As to paragraph 66, Defendants deny the material allegations of this paragraph.

22      67.    As to paragraph 67, Defendants deny the material allegations of this paragraph.

23      68.    As to paragraph 68, Defendants deny the material allegations of this paragraph.

24      69.    As to paragraph 69, Defendants deny the material allegations of this paragraph.

25      70.    As to paragraph 70, Defendants incorporate the foregoing responses to said

26  allegations as if fully set forth herein.

71.    As to paragraph 71, Defendants deny the material allegations of this paragraph.

72.    As to paragraph 72, Defendants deny the material allegations of this paragraph.

73.    As to paragraph 73, Defendants deny the material allegations of this paragraph.

74.    As to paragraph 74, Defendants deny the material allegations of this paragraph.

75.    As to paragraph 75, Defendants deny the material allegations of this paragraph.

76.    As to paragraph 76, Defendants deny the material allegations of this paragraph.

77.    As to paragraph 77, Defendants deny the material allegations of this paragraph.

78.    As to paragraph 78, Defendants deny the material allegations of this paragraph.

79.    As to paragraph 79, Defendants deny the material allegations of this paragraph.

80.    As to paragraph 80, Defendants deny the material allegations of this paragraph.

81.    As to those paragraphs set forth in the Fourth through Eleventh Causes of Action (*i.e.,* paragraphs 81-113) of the FAC, no response is required as the Court's January 25, 2008 order dismissed said claims. However, to the extent a response is required, Defendants deny all material allegations of said paragraphs and causes of action.

## AFFIRMATIVE DEFENSES TO THE FIRST AMENDED COMPLAINT AND TO THE FIRST,
## SECOND AND THIRD CAUSES OF ACTION

1.    As a FIRST AFFIRMATIVE DEFENSE, Defendants allege that the first amended complaint ("FAC") as a whole and each cause of action therein fails to state a claim for relief as to these answering Defendants.

2.    As a SECOND AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff failed to invoke or exhaust his administrative remedies under state and federal law and regulations, including, without limitation those contained in Title VII, under OUSD policy rules and regulations, and under his Union's collective bargaining agreement in effect at the time.

3.    As a THIRD AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff was contributorily negligent in contributing to any damages he suffered as a result of the allegations in his FAC, and that any damages to which he may be entitled be reduced accordingly.

1    4.    As a FOURTH AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff's right to
2  recovery, if any he had, is barred by the doctrine of laches.

3    5.    As a FIFTH AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff's right to
4  recovery, if any he had, is barred by receipt of payment of salary and other benefits from collecting
5  any additional pay or other benefits alleged due to him.

6    As a SIXTH AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff's right to recovery, if
7  any he had, is barred by the applicable statutes of limitations from pursuing any of the causes of
8  action in his FAC, including, without limitation, California Government Code sections 900 *et. seq.*,
9  California Code of Civil Procedure sections 337, 338(a) 342, and 343.

10    6.    As a SEVENTH AFFIRMATIVE DEFENSE, Defendants allege that all acts they took
11  regarding Plaintiff of which he complains were job-related and required by business necessity.

12    7.    As an EIGHTH AFFIRMATIVE DEFENSE, Defendants allege that any and all
13  treatment accorded Plaintiff was based on reasonable factors other than Plaintiff's ethnicity, race, or
14  any protected class or protected status.

15    8.    As a NINTH AFFIRMATIVE DEFENSE, Defendants allege that any and all conduct
16  of Defendants, of which Plaintiff complains, was a just, reasonable and proper exercise of
17  management discretion undertaken for a fair and honest reason and regulated by good faith under
18  the conditions then existing and known to them and is subject to the complete and partial
19  immunities granted to state entities and officials under the Constitutions, federal laws and decisions,
20  and state laws and decisions.

21    9.    As a TENTH AFFIRMATIVE DEFENSE, Defendants allege that any injury, damage,
22  or loss sustained by Plaintiff was either fully, or in part, the proximate cause of negligence or other
23  type of fault caused by Plaintiff and known and unknown persons, firms, or entities other than the
24  these Defendants.  Any damages for injury or loss caused by reason of any act, error, or omission
25  of Defendants must be reduced on the basis of comparative fault or responsibility of said Plaintiff
26  and other known and unknown persons, firms, or entities.

1    10.    As an ELEVENTH AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff failed

2    to mitigate his damages as required by law.

3    11.    As a TWELFTH AFFIRMATIVE DEFENSE, Defendants allege that they are immune

4    from state law claims pursuant to the Eleventh Amendment of the United States Constitution.

5    12.    As a THIRTEENTH AFFIRMATIVE DEFENSE, Defendants allege that OUSD is

6    entitled to an offset for the overpayment to Plaintiff of any funds by it.

7    13.    As a FOURTEENTH AFFIRMATIVE DEFENSE Defendants expressly reserve the

8    right to raise any additional affirmative defenses that may become known to them.

9    WHEREFORE, Defendants pray as follows:

10    1.    That Plaintiff take nothing by reason of his First Amended Complaint, and that

11    judgment is rendered in favor of Defendants;

12    2.    That Defendants be awarded their costs of suit incurred in defense of this action;

13    and,

14    3.    For such other relief as the Court deems proper.

15                        **DEMAND FOR A JURY TRIAL**

16    Defendants demand a jury trial.

17

18    Dated:  March 10, 2008                    DEBORAH A. COOKSEY
                                                General Counsel
19

20                                             By: _____
21                                                Martin H. Kresse
                                                  Attorneys for Defendants OAKLAND
22                                                UNIFIED SCHOOL DISTRICT,
                                                  KIMBERLY STATHAM, and
23                                                JACQUELINE PHILLIPS

24    L207012.P003

25

26

DEFENDANTS OUSD, STATHAM AND PHILLIPS'
ANSWER TO PLAINTIFF'S FIRST AMENDED            11            C 07-02683 JL
COMPLAINT