# CIVIL MINUTES

**Chief Magistrate Judge James Larson**                FTR 10:32 -10:38
                                                        **(06 min)**

Date: **March 12, 2008**

Case No: **C07- 2683  JL**

Case Name: **James Ferguson v. Oakland Unified School District**

Plaintiff  Attorney(s): A. Cabral Bonner
Defendant Attorney(s): martin Kress

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                        **RULING:**
1.
2.
3.
4.
[ ] Fur   Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING: Counsel to agree on limited discovery plan.**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 5-14-08 @ 10:30 a.m. for fur CMC. Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
         [ ] Jury  [ ]  Court

Notes: Mediation or settlement w/ MJ for ADR .


cc: Venice, Kathleen,