1  DEBORAH A. COOKSEY, State Bar No. 118197
   MARTIN H. KRESSE, State Bar No. 048132
2  MICHAEL L. SMITH, State Bar No. 217751
   OAKLAND UNIFIED SCHOOL DISTRICT
3  1025 Second Avenue, Room 406
   Oakland, CA 94606
4  Telephone: (510) 879-8535
   Fax: (510) 879-1833
5
   Attorneys for Defendants
6  OAKLAND UNIFIED SCHOOL DISTRICT,
   JACQUELINE PHILLIPS
7  and KIMBERLY STATHAM

8
                      UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JAMES FERGUSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT,<br>KIMBERLY STATHAM, RAMON HONEA,<br>JACQUELINE PHILLIPS and DOES 1 – 50,<br><br>        Defendants. | Case No. C 07-02683 JL<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>**Date: 5/14/08**<br>**Time: 10:30 AM**<br>**Place: Courtroom F**<br>**Judge: Honorable James Larson** |

THIS IS THE PARTIES JOINT FURTHER CASE MANAGEMENT STATEMENT

At the CMC of March 13, 2008 the Court Ordered the parties to try to conduct discovery sufficient to permit them to go forward with a meaning mediation, which both parties wished to pursue.

Since that CMC the parties have discussed what the appropriate discovery should be. However, one of the collateral proceedings between the parties, specifically a termination proceeding, was resolved in the interim, the governing administrative body ordering that Mr. Ferguson not be terminated from the District.

1    Since that time, counsel for the parties to this matter agreed to pursue mediation without
2 having to conduct any discovery and have discussed that method of proceeding. In furtherance of
3 that, the parties have tentatively agreed to a mediator, Richard Hodge.

4    The mediation has not been scheduled as counsel in this litigation attempt to gain consent
5 from counsel in the teacher employment matter to agree to submit the remaining claims, including
6 back-pay, to the mediation in order to obtain a resolution of all of the issues between the parties,
7 not solely those of this action.

8    Accordingly, these Defendants request that the Court continue this matter for 60 days during
9 which the parties hope to have the mediation completed. If, on the other hand, we are not able to
10 proceed to mediation, we should commence the discovery in this matter, beginning with the Initial
11 Disclosures. To that end, we request an Order that (1) schedules a further CMC for mid-August
12 and (2) requires compliance with the Initial Disclosers provisions by July 1, 2008 with discovery to
13 follow if no mediation is scheduled by July 1, 2008 for a date no later than mid-August, 2008.

14 Dated: May 7, 2008                    DEBORAH A. COOKSEY
                                         Interim General Counsel

16                                       By:   /s/
                                               Martin H. Kresse
17                                             Attorneys for Defendants OAKLAND
                                               UNIFIED SCHOOL DISTRICT,
18                                             JACQUELINE PHILLIPS and KIMBERLY
                                               STATHAM

20
21 Dated: May 7, 2008                    Law Offices of Bonner & Bonner

22                                       By:   /s/
                                               Charles Bonner
23                                             Attorneys for Plaintiff