## CIVIL MINUTES

**Chief Magistrate Judge James Larson**         FTR 10:41-10:45
                                                (04 min)

Date: **May 14, 2008**

Case No: **C07- 2683  JL**

Case Name: **James Ferguson v. Oakland Unified School District**

Plaintiff  Attorney(s): Catherine Lagarde
Defendant Attorney(s): Martin Kresse

Deputy Clerk:  **Wings Hom**

**PROCEEDINGS:**                                **RULING:**
1.
2.
3.
4.
[ ] Fur   Management Conference - held [ ] Status Conference  [ ] P/T Conference

**ORDERED AFTER HEARING:**
**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [] Court
**Case continued to:** 9-17-08 @ 10:30 a.m. for fur CMC. Counsel to submit updated statement few days prior.
**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
        [ ] Jury  [ ]  Court

Notes:.


cc: Venice, Kathleen,