UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES FERGUSON

    Plaintiff(s),

  v.

OAKLAND UNIFIED SCHOOL DISTRICT

    Defendant(s).
_____/

No. C07-2683 JL

NOTICE AND ORDER
<u>CONTINUING HEARING</u>

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference on September 17, 2008 in the above entitled case has been continued to October 8, 2008 @ 10:30 a.m. in Courtroom F before Chief Magistrate James Larson.

Dated: September 4, 2008

*Wings Hom*

Wings Hom, Courtroom Deputy

Hearing.Not        1