DEBORAH A. COOKSEY, State Bar No. 118197
MARTIN H. KRESSE, State Bar No. 048132
MICHAEL L. SMITH, State Bar No. 217751
OAKLAND UNIFIED SCHOOL DISTRICT
1025 Second Avenue, Room 406
Oakland, CA 94606
Telephone: (510) 879-8535
Fax: (510) 879-1833

Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT,
JACQUELINE PHILLIPS
and KIMBERLY STATHAM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FERGUSON,<br><br>    Plaintiff,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, KIMBERLY STATHAM, RAMON HONEA, JACQUELINE PHILLIPS and DOES 1 – 50,<br><br>    Defendants. | Case No. C 07-02683 JL<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: 10/08/08<br>Time: 10:30 AM<br>Place: Courtroom F<br>Judge: Honorable James Larson |

THIS IS THE PARTIES JOINT FURTHER CASE MANAGEMENT STATEMENT

    At the CMC of March 13, 2008 the Court Ordered the parties to try to conduct discovery sufficient to permit them to go forward with a meaning mediation, which both parties wished to pursue. At the last CMC the Court set October 10, 2008 as a further CMC date, in anticipation that some progress towards mediation would be accomplished.

    The mediation has not been scheduled as counsel in this litigation attempted to gain consent from counsel in a teacher employment matter between Plaintiff and the District to agree to

submit the remaining claims, including back-pay, to the mediation in order to obtain a resolution of all of the issues between the parties, not solely those of this action. It is now apparent that mediation of all those claims is not possible.

On or about April 1, 2008 Plaintiff filed a state action with many of the claims dismissed from this action on Defendants FRCP Rule 12(b)(6) motion. *Ferguson v. Oakland Unified School District, et. al.* Alameda Superior Court Action number RG-08-381241. Plaintiff did not amend his complaint in this federal action.

Plaintiff, who did not serve the initial State Complaint, did serve an Amended Complaint to which the State Defendants, who are the same Defendants as here plus several others, demurred, with the hearing set for September 16, 2008. The demurrers to Plaintiff's eleven causes of action were, in the main, sustained, some with, some without, leave to amend. On or about September 26, 2008 Plaintiff filed his Second Amended Complaint, and thereafter served most of the Defendants.[1] Defendant will be filing an attack on the Second Amended Complaint by way of demurrer and /or a motion to strike.

Accordingly, these Defendants request that the Court continue this matter for 60 days during which the parties hope to have the mediation completed. If, on the other hand, we are not able to proceed to mediation, we should commence the discovery in this matter, beginning with the Initial Disclosures. To that end, we request an Order that (1) schedules a further CMC for mid-November and (2) requires compliance with the Initial Disclosers provisions by December 1, 2008 with discovery to follow if no mediation is scheduled by November 1, 2008 for a date no later than ~~mid-November, 2008.~~ November 19, 2008

---

[1] In the Order on the demurrers the State Court Judge reminded Plaintiff that "the merit of a complaint is not always directly proportionate to its length." In apparent recognition of this the Second Amended Complaint was slashed to 133 paragraphs, from 165 in the First Amended Complaint, having 5, not 11, causes of action.

Dated: September 29, 2008

DEBORAH A. COOKSEY
Interim General Counsel

By: _____
Martin H. Kresse
Attorneys for Defendants OAKLAND UNIFIED SCHOOL DISTRICT, JACQUELINE PHILLIPS and KIMBERLY STATHAM

The Case Management Conference has been continued to November 19, 2008 at 10:30 a.m.

October 8, 2008.

IT IS SO ORDERED

*Signature: James Larson*
Judge James Larson
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA