UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES FERGUSON,

      Plaintiff,

   v.

OAKLAND UNIFIED SCHOOL DISTRICT, ET AL.,

      Defendants.
_____/

No. C 07-2683   JL

**ORDER TO SHOW CAUSE**

TO PLAINTIFF AND COUNSEL OF RECORD:

    You are hereby ordered to appear before this Court on December 3, 2008, at 10:30 a.m. and show cause why your case should not be dismissed for failure to prosecute. A further case management conference was held in this case on November 19. Michael Smith appeared for Defendants. There was no appearance by Plaintiff. Failure to appear for the show cause hearing may result in dismissal of your case with prejudice pursuant to Rule 41(b), Federal Rules of Civil Procedure.

    IT IS SO ORDERED.

DATED: November 19,   2008

                                              _____
                                              James Larson
                                              Chief Magistrate Judge

G:\JLALL\CHAMBERS\CASES\CIVIL\07-2683\OSC.wpd