CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER & BONNER**
1913 BRIDGEWAY
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738

ATTORNEYS FOR PLAINTIFF
JAMES FERGUSON



IT IS SO ORDERED
*Judge James Larson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FERGUSON, | Case No: C 07-02683 JL |
| Plaintiff, | **NOTICE TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| OAKLAND UNIFIED SCHOOL DISTRICT, et al., | |
| Defendants. | |

On September 18, 2009 the Parties to this case entered into a conditional settlement agreement. The settlement agreement is contingent on approval by the Oakland Unified School District School Board (hereinafter "Board"). The settlement matter will be presented during the October 14, 2009 Board meeting.

Accordingly parties hereby requests that the FURTHER CASE MANAGEMENT CONFERENCE be continued from October 14, 2009 to November 25, 2009 to give parties time to finalize the settlement and dismiss the action.

LAW OFFICES OF BONNER AND BONNER

Dated: SEPTEMBER 23, 2009    By _____
                             A. Cabral Bonner, Attorney for Plaintiff

OAKLAND UNIFIED SCHOOL DISTRICT

Dated: SEPTEMBER 23, 2009    By _____
                             Martin H. Kresse, Attorney for OUSD and Ramon Honea