1 | CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
2 | **LAW OFFICES OF BONNER & BONNER**
1913 BRIDGEWAY
3 | SAUSALITO, CA 94965
TEL: (415) 331-3070
4 | FAX: (415) 331-2738

5 | ATTORNEYS FOR PLAINTIFF
JAMES FURGESON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES FURGESON, | Case No: C 07-02683 JL |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO MOVE NOVEMBER 25, 2009 CASE MANAGEMENT CONFERENCE** |
| v. | |
| OAKLAND UNIFIED SCHOOL DISTRICT, KIMBERLY STATHAM, RAMON HONEA, JACQUELINE PHILLIPS and DOES 1 - 50, | |
| Defendants. | |

Through this stipulation the parties to this action request an order to continue the Case Management Conference, currently set for November 25, 2009 to December 2, 2009. Mr. Kresse, counsel for Oakland Unified School District, will be out of town for the Thanksgiving Holiday and unable to attend the November 25, 2009 Case Management Conference.

//

//

**NOTICE TO CONTINUE CASE MANAGEMENT CONFERENCE**  1

Dated: NOVEMBER 3, 2009        **LAW OFFICES OF BONNER AND BONNER**

By /s/ A. CABRAL BONNER
A. Cabral Bonner, Attorney for Plaintiff

Dated: NOVEMBER 3, 2009        OAKLAND UNIFIED SCHOOL DISTRICT

By /s/ Martin H. Kresse
Martin H. Kresse, Attorney for OUSD and Ramon Honea

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that the November 25, 2009, Case management Conference is continued until December 2, 2009.

Dated:

UNITED STATES MAGISTRATE JUDGE

**NOTICE TO CONTINUE CASE MANAGEMENT CONFERENCE**                    2