```
 1  CHARLES A. BONNER, ESQ. SB# 85413
    A. CABRAL BONNER, ESQ. SB# 247528
 2  LAW OFFICES OF BONNER & BONNER
    1913 BRIDGEWAY
 3  SAUSALITO, CA 94965
    TEL: (415) 331-3070
 4  FAX: (415) 331-2738

 5  ATTORNEYS FOR PLAINTIFF
    JAMES FURGESON
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JAMES FURGESON, | Case No: C 07-02683 JL |
|---|---|
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO MOVE DECEMBER 2 CASE MANAGEMENT CONFERENCE |
| v. | |
| OAKLAND UNIFIED SCHOOL DISTRICT, KIMBERLY STATHAM, RAMON HONEA, JACQUELINE PHILLIPS and DOES 1 - 50, | |
| Defendants. | |

Through this stipulation the parties to this action request an order to continue the Case Management Conference, currently set for December 2, 2009, to March 24, 2010. Parties will attempt to settle this matter (along with related state claims) by global settlement through mediation on December 22, 2009.

//

//

**STIPULATION AND PROPOSED ORDER** 1

| | | |
|---|---|---|
|1| Dated: DECEMBER 1, 2009 | **LAW OFFICES OF BONNER AND BONNER** |

By   /s/ CHARLES A. BONNER
Charles A. Bonner, Attorney for Plaintiff

Dated: DECEMBER 1, 2009    OAKLAND UNIFIED SCHOOL DISTRICT

By   /s/ MARTIN H. KRESSE
Martin H. Kresse, Attorney for OUSD and Ramon Honea

### ORDER

Good cause appearing, IT IS HEREBY ORDERED that the December 2, 2009, Case Management Conference is continued until March 24, 2010 at 10: 30a.m.

Dated: 12/1/09

_James Larson_
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER**                                                                 2