```
1  CHARLES A. BONNER, ESQ. SB# 85413
   A. CABRAL BONNER, ESQ. SB# 247528
2  LAW OFFICES OF BONNER & BONNER
   1913 BRIDGEWAY
3  SAUSALITO, CA 94965
   TEL: (415) 331-3070
4  FAX: (415) 331-2738

5  ATTORNEYS FOR PLAINTIFF
   JAMES FERGUSON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FERGUSON,<br><br>    Plaintiff,<br>v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, KIMBERLY STATHAM, RAMON HONEA, JACQUELINE PHILLIPS and DOES 1 - 50,<br><br>    Defendants. | Case No:  C 07-02683 JL<br><br>STIPULATION OF DISMISSAL AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

Plaintiff JAMES FERGUSON and Defendants OAKLAND UNIFIED SCHOOL DISTRICT, KIMBERLY STATHAM, and JACQUELINE PHILLIPS file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii). Plaintiff has fully resolved the issues related to this case subject to final and full completion of the terms of the Settlement Agreement approved by the Oakland Unified School District on February 10, 2010. Dismissal is requested with prejudice, however, the parties request that this court retain jurisdiction to enforce the settlement agreement, if necessary.

1. Plaintiff is JAMES FERGUSON; Defendants are OAKLAND UNIFIED SCHOOL DISTRICT, KIMBERLY STATHAM, RAMON HONEA, and JACQULINE PHILLIPS.

2. On May 21, 2007, Plaintiff sued Defendants.

3. Plaintiff moves to dismiss the suit.

4. Defendants who have answered agree to the dismissal.

STIPULATION OF DISMISSAL                                                                                                    1

5. This case is not a class action.

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is with prejudice to refiling.

10. The parties request that this court retain jurisdiction for the sole purpose of enforcing the settlement agreement signed by or on behalf of all parties and approved by Defendant Oakland Unified School District on February 10, 2010.

11. The parties further request that this court vacate any and all future hearing dates, including the Case Management Conference currently set for March 24, 2010 at 10:30 AM.

Dated: March 19, 2010        LAW OFFICES OF BONNER AND BONNER

By: ___/s/ A. CABRAL BONNER___
A. Cabral Bonner, Attorney for Plaintiff

Dated: March 19, 2010        OUSD OFFICE OF THE GENERAL COUNSEL

By: _____
Attorneys for OUSD, STATHAM and PHILLIPS

//
//

## ORDER

Good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice. However, this Court will retain jurisdiction to enforce the settlement agreement signed by or on behalf of all parties and approved by Defendant Oakland Unified School District on February 10, 2010. It is further ordered that the case management conference currently scheduled for March 24, 2010 at 10:30 AM is vacated.

Dated: March 22, 2010

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION OF DISMISSAL                                    3